Epifania HERNANDEZ–
VITE, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 12–72216.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 1, 2013.

Erika Vejar, Esquire, Law Offices of
Erika Vejar, San Dimas, CA, for Petition-
er.

Nancy Ellen Friedman, Trial, Oil, DOJ–
U.S. Department of Justice, Washington,
DC, Chief Counsel Ice, Office of the Chief
Counsel Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: RAWLINSON, N.R. SMITH,
and CHRISTEN, Circuit Judges.

MEMORANDUM **

Epifania Hernandez–Vite, a native and
citizen of Mexico, petitions for review of
the Board of Immigration Appeals'
("BIA") order denying her motion to re-
open removal proceedings based on inef-
fective assistance of counsel. We have
jurisdiction under 8 U.S.C. § 1252. We
review for abuse of discretion the denial of
a motion to reopen. *Mohammed v. Gon-*

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

*zales,* 400 F.3d 785, 791 (9th Cir.2005).
We deny the petition for review.

The BIA did not abuse its discretion in
denying Hernandez–Vite's motion to re-
open alleging ineffective assistance of
counsel where she failed to comply with
the threshold requirements of *Matter of
Lozada,* 19 I. & N. Dec. 637 (BIA 1988),
and the alleged ineffective assistance was
not plain on the face of the administrative
record. *See Reyes v. Ashcroft,* 358 F.3d
592, 596–99 (9th Cir.2004).

In light of this disposition, we do not
reach Hernandez–Vite's remaining conten-
tion regarding her eligibility for adjust-
ment of status.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.

